■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROY BURVICK, Appellant. [874 NYS2d 808]—Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Donnino, J.), rendered June 29, 2006, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's waiver of his right to appeal, in connection with his plea agreement, was intelligently, knowingly, and voluntarily made (*see People v Lopez,* 6 NY3d 248, 256-257 [2006]). The defendant's valid and comprehensive waiver of his right to appeal forecloses appellate review of the denial of that branch of his omnibus motion which was to suppress physical evidence (*see People v Kemp,* 94 NY2d 831 [1999]; *People v Morales,* 53 AD3d 630 [2008]; *People v Cardona,* 51 AD3d 941 [2008]). Moreover, the defendant's valid and unrestricted waiver of the right to appeal precludes appellate review of his claim that the sentence imposed was excessive (*see People v Lopez,* 6 NY3d 248, 256-257 [2006]; *People v Taubenkraut,* 48 AD3d 598 [2008]). Skelos, J.P., Ritter, Florio and Miller, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VLADYMIR CAMPOS, Appellant. [873 NYS2d 502]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 26, 2001 (*People v Campos,* 281 AD2d 638 [2001]), affirming a judgment of the Supreme Court, Kings County, rendered November 4, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Miller, JJ., concur.